# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 18, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106

　　　　Re:  Daryl Lonard Parker, aka Daryl Lenard Parker, aka Junior
　　　　　　Parker, aka JR Parker, aka JR
　　　　　　v. United States
　　　　　　No. 04-9700
　　　　　　(Your No. 032280)

Dear Clerk:

　　　　The petition for a writ of certiorari in the above entitled case was filed on April
12, 2005 and placed on the docket April 18, 2005 as No. 04-9700.

Sincerely,

**William K. Suter,** Clerk

by

Ruth Jones
Case Analyst