```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,      :
       Plaintiff
               :

  vs.            : CRIMINAL NO. 1:CR-01-248-03

               :

DARYL LONARD PARKER,
    Defendant     :


O R D E R

AND NOW, this 11th day of May, 2005, pursuant to the decision of the Third Circuit Court of Appeals, William A. Fetterhoff, Esquire, 200 North Third Street, Suite 800, Harrisburg, PA 17101, is appointed to represent Defendant in connection with his resentencing.

Resentencing is scheduled for Wednesday, July 6, 2005, at 9:30 a.m., in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

               /s/William W. Caldwell
               William W. Caldwell
               United States District Judge