# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

May 16, 2005

William K. Suter
Clerk of the Court
(202) 479-3011



Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Daryl Lonard Parker, aka Daryl Lenard Parker, aka Junior Parker, aka JR Parker, aka JR
    v. United States
    No. 04-9700
    (Your No. 03-2280)

Dear Clerk:

01-CR-00248-3  MH

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk

FILED
HARRISBURG, PA
MAY 25 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk