IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:CR-01-248-03 |
| | : | (JUDGE WILLIAM W. CALDWELL) |
| | : | |
| DARYL LONARD PARKER | : | FILED ELECTRONICALLY |

**NOTICE OF APPEAL**

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals For The Third Circuit from the judgment of sentence entered on July 6, 2005.

Respectfully submitted,

July 14, 2005

"s/" William A. Fetterhoff, Esquire
200 North Third Street, Suite 800
Harrisburg, PA 17101
(717) 232-7722 (telephone)
(717) 233-4965 (fax)
FZ.Law@worldnet.att.net
PA 23148

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
# CRIMINAL APPEAL INFORMATION STATEMENT

**PART I**

Please Type                                              Attach additional pages if necessary
SHORT CAPTION WITH IDENTITY OF APPELLANT    APPEAL FROM DISTRICT COURT

United States of America                         District:   Middle District of Pennsylvania

v.                                               D.C. Docket No. 1:CR-01-248-03

Daryl Lonard Parker                              Date Judg. filed in d.c.: July 6, 2005

                                                 Date NOA filed: July 14, 2005

Is this a Cross-Appeal?  (  ) Yes    ( **x** ) No

Was there a previous appeal in case?    ( x ) Yes    (  ) No

If yes, Short Title:  U. S. v. Daryl Lonard Parker

Docket no. 03-2280         Citation, if reported: _____

State any other related proceedings in this Court or District Court.

**PART II**

Please indicate basis of appeal:

_____   Bail (appeal from order granting, denying, modifying terms and conditions of bail on release on bond pending appeal)

_____   Judgment of Conviction/Commitment

　　　　_____   Appeal will challenge only the merits of the underlying conviction.

　　　　_____   Appeal will challenge both the merits of the underlying conviction and the validity of the sentence imposed in accordance with Sentencing Guidelines.

　　　　  x     Appeal will challenge only the validity of the sentence imposed in accordance with the Sentencing Reform Act and/or the Guidelines.

NOTE: This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

**Part III** - To Be Completed When Expedited Appeal is Requested Only

If it is necessary for the Court of Appeals to expedite an appeal in a criminal matter because an issue may become moot (for example, an appeal challenging a sentence which was for less than a year and the defendant is not on bail pending appeal), please complete the following form and file together with Notice of Appeal. <u>Transcripts should be ordered and financial arrangements completed forthwith.</u>

<u>Note: If you elect an expedited appeals process you are advised that you must raise any and all issues related to sentence, bail, and underlying conviction in this proceeding</u>.

GENERAL INFORMATION:

1. Date sentence entered:

2. Sentence imposed: (period of incarceration, supervised release, fines, etc.)

3. State Guidelines range applied:
   and if possible, Guideline range you claim should have been applied:

4. Status of bail pending appeal:

5. State briefly why appeal should be expedited:


This is to certify that a copy of this criminal appeal information was served on each party or their counsel of record this   14th   day of    July    , 2005.


                                             "s/" William A. Fetterhoff, Esquire
                                             Signature of Counsel for Appellant

                                             William A. Fetterhoff, Esq.
                                             200 N. Third Street, Suite 800
                                             Harrisburg, PA 17108
                                                    Name and Address

                                             (717) 232-7722 (telephone)
                                             (717) 233-4965 (fax)
                                             FZ.Law@worldnet.att.net
                                             PA 23148

**CERTIFICATE OF SERVICE**

    A true and correct of the foregoing document was forwarded to the person or office listed below on the date indicated by first class mail.

        Christy H. Fawcett, Esq.
        Assistant U.S. Attorney
        Federal Building, Suite 220
        P. O. Box 11754
        228 Walnut Street
        Harrisburg, PA   17108-1754

Date: July 14, 2005                                                 "s/ William A. Fetterhoff, Esquire
                                                                                     200 North Third Street, Suite 800
                                                                                      Harrisburg, PA 17101
                                                                                      (717) 232-7722 (telephone)
                                                                                      (717) 233-4965 (fax)
                                                                                      FZ.Law@worldnet.att.net
                                                                                      PA 23148