AO 245 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 2 - Imprisonment

Defendant:     Daryl Lonard Parker                                  Judgment-Page 2 of 6
Case Number:   1:CR-01-00248-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 349 months. This term consists of terms of 349 months on each of Counts 1 and 4 to be served concurrently. This sentence is not a departure but reflects an adjustment for the time the defendant has already served in York County Case No. 2287-99.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

  [ ] at____ a.m./p.m. on_____.
  [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
  [ ] before 2 p.m. on _____.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the probation office.
  [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

Order Received

Defendant delivered on 7-28-05 to FCI Schuylkill at Minersville, PA, with a certified copy of this judgment.

Ronnie R Holt, Warden
~~United States Marshal~~

R Karalli
~~Deputy Marshal~~