PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District for the Middle District of Pennsylvania |
|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| Daryl L. Parker | #10866-067 | 1:CR-01-248-03 |

| Place of Confinement | J. Caldwell |
|---|---|
| FCI SCHUYLKILL    P.O. BOX 759   Minersville, PA. 17954-0759 | |

UNITED STATES OF AMERICA       V.   Daryl L. Parker

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack     Honorable William W. Caldwell,  U.S. District Court for the Middle District of Pennsylvania

2. Date of judgment of conviction   August 22, 2002

3. Length of sentence   Three Hundred and Fourty-Nine Months   (349 Months)

4. Nature of offense involved (all counts)   Conspiracy to Possess with Intent to Distribute cocaine and Crack cocaine, in violation of 21 U.S.C. §§846 and 841(b)(1)(A), Possession with Intent to Distribute crack cocaine, in violation of 21 U.S.C. §841(a)and(b)(1)(B).

5. What was your plea? (Check one)
   (a) Not guilty         ☒
   (b) Guilty             ☐
   (c) Nolo contendere    ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury       ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐        No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒        No ☐

FILED
HARRISBURG

OCT 1 5 2007

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

    (a) Name of court  U.S. Court of Appeals for the Third Circuit  (05-3427)

    (b) Result  Conviction and Sentence Affirmed

    (c) Date of result  August 29, 2006

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes ☐     No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

           Yes ☐      No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

AO 243 (Rev. 2/95)

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?
          Yes ☐        No ☐

    (5)  Result _____

    (6)  Date of result _____

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1)  First petition, etc.          Yes ☐        No ☐
    (2)  Second petition, etc.       Yes ☐        No ☐

(d)  If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

        For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

        Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self–incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.    Ground one: The conviction was obtained in violation of Petitioner's Sixth Amend right to the effective assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law)

Counsel failed to interview and/or investigate potential witnesses for the defense whose names Petitioner provided to counsel. Due to counsel's failure, Petitioner was thus unable to present a defense to the Government's charge that Petitioner with conspired (with others) to distribute a quantity of cocaine and crack cocaine.

B.    Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

C.    Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

AO 243 (Rev. 2/95)

D.      Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Claims of ineffective assistance of

counsel are properly raised on a 28 U.S.C. §2255 as opposed to

a direct appeal.

_____

_____

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
     Yes ☐          No ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

     (a) At preliminary hearing  William A. Fetterhoff, Esq.  228 Pine Street,

         P.O. BOX 1161, Harrisburg, PA. 17108-1161

     (b) At arraignment and plea     same

     _____

     (c) At trial  same

     _____

     (d) At sentencing     same

     _____

AO 243 (Rev. 2/95)

    (e)  On appeal _____ same _____

    _____

    (f)  In any post—conviction proceeding _____

    _____

    (g)  On appeal from any adverse ruling in a post—conviction proceeding _____

    _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒      No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐      No ☒

    (a)  If so, give name and location of court which imposed sentence to be served in the future: _____

    _____

    _____

    (b)  Give date and length of the above sentence: _____

    _____

    (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐      No ☐

    Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
                    Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_October 10th, 2007_
      (Date)

                                  #10866-067
_____
                      Signature of Movant



Mr. Ranf L. Porter
#10866-067
F.C.I. Schuylkill
P.O. Box 759
Minersville, Pa. 17954

Honorable Judge William W. Caldwell
Att: Clerk of Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108