APPENDIX "A"

SWORN AFFIDAVIT OF TRAVIS T. PARKER

In the United States District Court
for the Middle District of Pennsylvania

Daryl Lonard Parker

    v.

United States of America

Criminal No. 1:CR-01-248-03

## SWORN AFFIDAVIT OF: TRAVIS THURSTON PARKER

1. I, Travis T. Parker, the "Affiant", do hereby declare by deposing that the following statements are true and correct to the best of my knowledge and recollection.

2. In or about August of 2001, I (as well as the Daryl L. Parker) was named in a multi-count Indictment charging conspiracy and other narcotic violations.

3. Prior to and during the course of the August 2002 trial, I informed Daryl Parker that if I was called as a witness on his behalf, I would provide testimony in his defense.

4. Had I been called as witness on behalf of Daryl Parker, my testimony would have been, inter alia, comprised of the following:

- When Michael Parker initially met Juan Estrella at some point in 1999, Daryl Parker was incarcerated. In fact, Michael Parker had met Juan Estrella through other individuals whom he

(1)

associated with in York.

- At no time was I present when Daryl Parker allegedly cooked crack cocaine nor did Daryl Parker teach me how to cook crack cocaine.

- On or about February 12, 2001, I did not accompany Michael Parker, Jabar Sease or Darrell Jennings to purchase (or receive under some other condition) cocaine or crack cocaine from Daryl Parker. Nor was I involved in a fight with an individual by the name of Earl Smith on this day.

- I have never brought or received cocaine or crack cocaine from Daryl Parker nor have I ever distributed or given the same to Daryl Parker.

- Neither I, Michael Parker nor any other member of the alleged "212 Gang" have ever shared a profit from the distribution of cocaine or crack cocaine with Daryl Parker, or pooled money with Daryl Parker for the purpose of purchasing cocaine or crack cocaine, or aided Daryl Parker in purchasing or receiving cocaine or crack cocaine.

5. At no point either before, during or after the trial did Daryl Parker's attorney (WIlliam A. Fetterhoff), or a representative of this attorney attempt to conduct an interview with me.

6. The aforementioned statements have not been given for the purpose of fraud or deceit nor are they the product of coercion. Rather, they depict a true recollection of what I recall and have been given under my own volition.

(3)

I, <u>Travis T. Parker</u>, do declare under the penalty of perjury (28 U.S.C. §1746) that the foregoing is true and correct.

Executed on November 2, 2007.

/s/ [signature]
Travis T. Parker

# PROOF OF SERVICE

      I certify that on __11-8-07__ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

```
Christy H. Fawcett
Assistant U.S. Attorney
Federal Building
228 Walnut Street
Suite 220
Harrisburg, PA. 17108-1754
```

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

      In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

      I certify that this document was given to prison officials on __11-8-07__ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: __11-8-07__

O:\FORMS\CHKLISTS\Briefs_Appendix\InformalBrief.wpd

REV. 02/95                                  6