IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,         :
     Plaintiff
                                   :

vs.                               :   CRIMINAL NO.  1:CR-01-248-03

                                   :
DARYL LONARD PARKER,
     Defendant              :

*O R D E R*

AND NOW, this 8th day of January, 2008, upon consideration of defendant, Daryl Parker,'s motion (doc. 315) under 28 U.S.C. § 2255, and his motion (doc. 318) to amend the 2255 motion it is ordered that:

    1.  The motion to amend is granted.

    2.  Within twenty days of the date of this order, the government shall file an answer responding to the sole ground for relief, that Defendant's counsel was ineffective in failing to investigate calling codefendant, Travis Parker, to testify on Defendant's behalf at trial.

    3.  Defendant shall thereafter have ten days from the date of receipt of the government's answer to file a reply brief.

                                        /s/William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge