```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:CR-01-248 |
| | : | |
| V. | : | (Judge Caldwell) |
| | : | |
| **DARYL LONARD PARKER** | : | (ELECTRONICALLY FILED) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO SECTION 2255 MOTION

**AND NOW**, comes the government through Christy H. Fawcett, Assistant U.S. Attorney, and files the within Motion for Extension of Time to Respond to Section 2255 Motion:

1. On January 8, 2008, the Court entered an Order directing the government to respond to the defendant's Section 2255 Motion on or before January 28, 2008.

2. Undersigned counsel has been out-of-the-office on work-related travel In addition, undersigned counsel filed a Third Circuit brief on January 22, 2008 and is preparing for a jury trial before Chief Judge Kane that is to begin February 4, 2008. Undersigned counsel will also be away from the office for an extended period of time in February and March.

3. Accordingly, undersigned counsel is requesting a 60-day extension of time within which to file its response in the above-captioned matter.

**WHEREFORE,** the government requests the Court to enter an Order directing the government to file its response on or before March 28, 2008.

    Respectfully submitted,

    MARTIN C. CARLSON
    Acting United States Attorney

    s/Christy H. Fawcett
    CHRISTY H. FAWCETT
    Assistant U.S. Attorney
    PA35067
    Christy.Fawcett@usdoj.gov

    228 Walnut Street, Suite 220
    P.O. Box 11754
    Harrisburg, PA 17108
    Phone: (717) 221-4482
    Fax: (717) 221-4493

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:CR-01-248 |
| | : | |
| V. | : | (Judge Caldwell) |
| | : | |
| **DARYL LONARD PARKER** | : | (ELECTRONICALLY FILED) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 28th day of January 2008, she served a copy of the attached

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO SECTION 2255 MOTION**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Pro Se:
Daryl L. Parker
Reg No. 10866-067
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759


                                    s/Christina Garber
                                    CHRISTINA GARBER
                                    Legal Assistant