**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-01-248** |
| | : | |
| **V.** | : | **(Judge Caldwell)** |
| | : | |
| **DARYL LONARD PARKER** | : | **(ELECTRONICALLY FILED)** |

<u>**ORDER**</u>

    **AND NOW,** this _____ day of January, 2008, upon consideration of the government's Motion to Extend Time to Respond to Section 2255 Motion and for the reasons stated therein, the Motion is hereby **GRANTED.**  The government is directed to file its response on or before _____, 2008.


                                    _____
                                      WILLIAM W. CALDWELL
                                      U.S. District Court Judge