IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:CR-01-248 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| DARYL LONARD PARKER | : | (ELECTRONICALLY FILED) |

### ORDER

AND NOW, this 29th day of January, 2008, upon consideration of the government's Motion to Extend Time to Respond to Section 2255 Motion and for the reasons stated therein, the Motion is hereby **GRANTED**. The government is directed to file its response on or before March 28, 2008.

William W. Caldwell
WILLIAM W. CALDWELL
U.S. District Court Judge



FILED
JAN 2 9 2008
PER ĊJN
HARRISBURG, PA   DEPUTY CLERK