IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,         :
    Plaintiff
                                  :

vs.                               :   CRIMINAL NO.  1:CR-01-248-03

                                  :
DARYL LONARD PARKER,
    Defendant                     :

*O R D E R*

AND NOW, this 29th day of April, 2008, upon consideration of defendant, Daryl Parker,'s motion (doc. 315) under 28 U.S.C. § 2255, and his motion (doc. 318) to amend the 2255 motion, it is ordered that:

    1. A hearing is scheduled for Thursday, June 5, 2008, at 10:00 a.m. in Courtroom No. 1, the Federal Building, Harrisburg, Pennsylvania, on Defendant's claim that his trial counsel was ineffective in failing to investigate calling codefendant, Travis Parker, to testify on Defendant's behalf at trial.

    2.  The Federal Public Defender is appointed to represent Defendant on his motion.

                                    /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge