```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :    CRIMINAL NO. 1:CR-01-248
                             :
      V.                     :    (Judge Caldwell)
                             :
DARYL LONARD PARKER          :    (ELECTRONICALLY FILED)
```

## ORDER

**AND NOW**, this \_\_\_\_ day of May, 2008, upon consideration of the government's Unopposed Motion to Postpone 2255 Hearing and for the reasons stated therein, the Motion is hereby **GRANTED**. The hearing on the defendant's 2255 Motion, previously scheduled for June 5, 2008, is hereby rescheduled to _____, 2008, in Courtroom Number One, Ninth Floor, United States Courthouse, 228 Walnut Street, Harrisburg, PA 17108.

```
                                  _____
                                  WILLIAM W. CALDWELL
                                  U.S. District Court Judge
```