## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:CR-01-248 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| DARYL LONARD PARKER | : | (ELECTRONICALLY FILED) |

### ORDER

**AND NOW**, this _8ᵗʰ_ day of May, 2008, upon consideration of the government's Unopposed Motion to Postpone 2255 Hearing and for the reasons stated therein, the Motion is hereby **GRANTED**. The hearing on the defendant's 2255 Motion, previously scheduled for June 5, 2008, is hereby rescheduled to _Thur. June 26, 2008 at 9:30 AM_, 2008, in Courtroom Number One, Ninth Floor, United States Courthouse, 228 Walnut Street, Harrisburg, PA 17108.

_William W. Caldwell_
WILLIAM W. CALDWELL
U.S. District Court Judge

FILED
HARRISBURG, PA

MAY 08 2008

ANDREA, CLERK
Deputy Clerk