IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-248 |
| v. | : | (Judge Caldwell) |
| | : | |
| DARYL LONARD PARKER | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Frederick W. Ulrich of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney, Christy H. Fawcett, concurred in the foregoing motion.

Date: June 10, 2008

/s/ Frederick W. Ulrich
Frederick W. Ulrich, Esquire
Asst. Federal Public Defender
Attorney ID #44855
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<fritz_ulrich@fd.org>
*Attorney for Daryl Lonard Parker*