IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-248 |
| v. | : | (Judge Caldwell) |
| | : | |
| DARYL LONARD PARKER | : | (Electronically Filed) |

## ORDER OF COURT

AND NOW, this _____ day of June, 2008, upon consideration of the within Motion for Writ of Habeas Corpus Ad Testificandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS ORDERED** that said writ of habeas corpus ad testificandum shall order **TRAVIS THURSTON PARKER** to appear in Courtroom 1, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania, at 9:30 a.m., on Thursday, June 26, 2008.

The Writ of Habeas Corpus Ad Testificandum may be issued and served by the United States Marshal's Office. The costs incurred with the Writ of Habeas Corpus Ad Testificandum shall be borne by the government.

BY THE COURT:

_____
WILLIAM W. CALDWELL
United States District Court