IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-248 |
| v. | : | (Judge Caldwell) |
| | : | |
| DARYL LONARD PARKER | : | (Electronically Filed) |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

UNITED STATES OF AMERICA TO THE WARDEN,
FEDERAL CORRECTIONAL INSTITUTION - SCHUYLKILL, PENNSYLVANIA
OR TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA

GREETINGS:

YOU ARE COMMANDED TO PRODUCE NOW, to the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on Thursday, June 26, 2008, at 9:30 a.m., the person of **TRAVIS THURSTON PARKER**, Reg. No. 10864-067, who it is alleged you legally restrain of his liberty and who is serving a sentencing arising from criminal proceedings, and who is to testify in the United States District Court for the Middle District of Pennsylvania, in the hearing of United States v. Daryl Lomard Parker, Case Number 1:01-CR-00248, to the end that **TRAVIS THURSTON PARKER**, Reg. No. 10864-067, is heard on the proceedings, above referred to, and you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return **TRAVIS THURSTON PARKER**, Reg. No. 10864-067, to FCI Schuylkill, Schuylkill, Pennsylvania, to serve the balance of his sentence or sentences heretofore imposed.

HEREIN FAIL NOT and do return make hereof.

WITNESS my signature on this, the 12th day of June, 2008.

FILED
HARRISBURG, PA

JUN 12 2008

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

*William W. Caldwell*
William W. Caldwell
United States District Court