**LIST OF EXHIBITS**

CASE CAPTION: USA vs. Daryl L. Parker

MIDDLE DISTRICT OF PENNSYLVANIA

CASE NUMBER: CR-01-248-03

JUDGE: Caldwell

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Sworn Affidavit of Travis T. Parker | 6/26/08 | | Not admitted | Travis T. Parker |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FILED
HARRISBURG, PA

JUN 26 2008

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk