UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

Daryl L. Parker

CR-01-00248-003

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

___✓___ the limited purpose of this proceeding

_____ for the case in its entirety

_____ I previously entered my appearance by:

_____ Accepting Court Appointment

_____ Filing a Motion

_____ Appearing at a Court Proceeding

_____ I received a copy of the Information/Indictment

_____ I did not receive a copy of the Information/Indictment

FILED
HARRISBURG, PA
JUN 26 2008
MARY E. D'ANDREA, CLERK
Per _____, Deputy Clerk

6/26/08
**Date**

**Signature**

Thomas Kenny
**Print Name**

2 Penn Center, 15th - JFK
**Address**

Phila         PA        19102
**City      State      Zip Code**

215-698-2700
**Phone Number**