I certify and return that I partially executed the within Writ of Habeas Corpus ad (Test)(Pros) or Order by transporting the within named Travis Thurston Parker from the Schuylkill Prison to the US Federal Courthouse, HBG PA This 20th June day of 2008.

M. Regan / Philip Lewis
U.S. Marshal, M/D PA

**FILED**
HARRISBURG, PA

JUL 0 2 2008

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

01
248