IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-248 |
| v. | : | (Judge Caldwell) |
| | : | |
| DARYL LONARD PARKER | : | (Electronically Filed) |

## **MOTION TO WITHDRAW AS COUNSEL**

AND NOW, comes Frederick W. Ulrich of the Federal Public Defender's office, and respectfully requests permission to withdraw as counsel, averring as follows:

1. On October 15, 2007, petitioner, Daryl L. Parker, filed a motion to vacate pursuant to Section 2255 of Title 28 of the United States Code, 28 U.S.C. § 2255.

2. On November 27, 2007, Mr. Parker filed a motion to amend.

3. On January 8, 2008, Mr. Parker's motion to amend was granted.

4. On March 26, 2008, the Government filed a brief in opposition to Mr. Parker's Section 2255 motion to vacate.

5. On April 17, 2008, Mr. Parker filed his response to the Government's brief.

6. On April 29, 2008, Your Honorable Court issued an order granting a hearing on Mr. Parker's motion and appointing the Federal Public Defender to represent him.

7.     Subsequently, Mr. Parker retained private counsel, Thomas D. Kenny, Esquire, and Mr. Kenny appeared on behalf of Mr. Parker at the evidentiary hearing.

8.     Although Mr. Kenny is not a member of the Bar for the Federal District Court for the Middle District of Pennsylvania, he has asked within counsel to sponsor him for admission and has advised that he will be appearing before Your Honorable Court for a ceremony in this regard on July 24, 2008.

9.     In addition, Mr. Kenney has advised within counsel that he intends to represent Mr. Parker in all future matters involving this case.

10.    Both Attorney Kenny and the Assistance United States Attorney assigned to this matter, Christy H. Fawcett, Esquire, concur in the foregoing request.

       WHEREFORE, for all the foregoing reasons, within counsel, Frederick W. Ulrich, Esquire, respectfully requests Your Honorable Court to permit him to withdraw from representation.

                                          Respectfully submitted,

Date: July 11, 2008                       */s/ Frederick W. Ulrich*
                                          FREDERICK W. ULRICH, ESQUIRE
                                          Asst. Federal Public Defender
                                          Attorney ID #44855
                                          100 Chestnut Street, Suite 306
                                          Harrisburg, PA 17101
                                          Tel. No. (717) 782-2237
                                          Fax No. (717) 782-3881
                                          <fritz_ulrich@fd.org>
                                          *Attorney for Daryl Lonard Parker*

## CERTIFICATE OF SERVICE

I, Frederick W. Ulrich of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Motion to Withdraw as Counsel**, via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:



CHRISTY H. FAWCETT, ESQUIRE
United States Attorney's Office

THOMAS D. KENNY, ESQUIRE

DARYL LONARD PARKER

Date: July 11, 2008

*/s/ Frederick W. Ulrich*
FREDERICK W. ULRICH, ESQUIRE
Asst. Federal Public Defender
Attorney ID #44855
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*<fritz_ulrich@fd.org>*
*Attorney for Daryl Lonard Parker*