IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-248 |
| v. | : | (Judge Caldwell) |
| | : | |
| DARYL LONARD PARKER | : | (Electronically Filed) |

### ORDER OF COURT

AND NOW, this _____ day of July, 2008, upon consideration of the within Motion to Withdraw as Counsel, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____
WILLIAM W. CALDWELL
United States District Court