IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-248 |
| v. : | (Judge Caldwell) |
| : | |
| DARYL LONARD PARKER : | (Electronically Filed) |

### ORDER OF COURT

AND NOW, this _14th_ day of July, 2008, upon consideration of the within Motion to Withdraw as Counsel, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_/s/ William W. Caldwell_
WILLIAM W. CALDWELL
United States District Court

FILED
HARRISBURG, PA

JUL 14 2008

ANDREA CLERK
Deputy Clerk