# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:01-CR-248 |
| | | (JUDGE MANNION) |
| DARYL LONARD PARKER, | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** defendant Parker's motion to modify his sentence pursuant to the First Step Act of 2018, **(Doc. 456)**, construed as a petition for writ of habeas corpus under 28 U.S.C. §2241, is **DISMISSED** for lack of jurisdiction; and

**(2)** defendant Parker's motion to appoint counsel is **DENIED AS MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 7, 2019**
01-248-01-ORDER.wpd